IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15 PM 5: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CYNTHIA and BRAD HAWKINS,
Individually and as natural parents and
guardians of BRYCE HAWKINS, a Minor,
and KENNETH HAWKINS, a Minor,

No. 05-2570 BP

**Plaintiffs,**

vs.

FEDERATED DEPARTMENT STORES,
INC., RICH'S DEPARTMENT STORE,
INC. D/B/A GOLDSMITH'S
DEPARTMENT STORE and KONE INC.

**Defendants.**

---

## SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference has been scheduled for October 13, 2005. In anticipation of that conference, the parties have agreed on the following dates:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):** November 15, 2005

**JOINING PARTIES:** December 15, 2005

**AMENDING PLEADINGS:** February 15, 2006

**INITIAL MOTIONS TO DISMISS:** January 15, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/ 79(a) FRCP on _____

**COMPLETING ALL DISCOVERY**: July 31, 2006

    **(a) DOCUMENT PRODUCTION**: May 26, 2006

    **(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: July 31, 2006

    **(c) EXPERT WITNESS DISCLOSURE (Rule 26):**

        **(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: May 31, 2006

        **(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: June 30, 2006

        **(3) EXPERT WITNESS DEPOSITIONS**: July 31, 2006

**FILING DISPOSITIVE MOTIONS**: August 31, 2006

**OTHER RELEVANT MATTERS**:

All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately 4 days.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 15, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02570 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Michael C. Patton
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Sean Antone Hunt
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Lacey L. Adair
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT