**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 DEC 12 PM 4: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TENNIS

**CYNTHIA AND BRAD HAWKINS,**
Individually and as natural parents and
Guardians of **BRYCE HAWKINS**, a Minor,
and **KENNETH HAWKINS**, a Minor

      **Plaintiffs,**

v.                          **No.  05-2570 BP**

**FEDERATED DEPARTMENT
STORES, INC., AND RICH'S DEPARTMENT
STORES, INC., D/B/A GOLDSMITH'S
DEPARTMENT STORE and KONE, INC.,**

      **Defendants.**

---

### ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT FEDERATED DEPARTMENT STORES, INC.'S MOTION FOR SUMMARY JUDGMENT

---

      This cause came on to be heard upon the Motion of Plaintiffs, Cynthia and Brad

Hawkins, individually and as natural parents and guardians of Bryce Hawkins, a minor,

for an Order granting them an extension of time through December 28, 2005, to submit a

Response to Defendant Federated Department Stores, Inc.'s Motion for Summary

Judgment.  Based upon statements of counsel and the record as a whole, the Court finds

that the Motion is well taken and should be granted.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-13-05

1



It is ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall have through December 28, 2005, to submit their Response to Defendant Federated Department Stores, Inc.'s Motion for Summary Judgment.

JUDGE

DATED: 12/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02570 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lacey L. Adair
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sean Antone Hunt
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Michael C. Patton
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT