IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 PM 4: 17

THOMAS _____ GOULD
CLERK, US _____ COURT
W/D OF _____ MEMPHIS

---

CYNTHIA AND BRAD HAWKINS,
Individually and as natural parents and
guardians of BRYCE HAWKINS, a Minor,
and KENNETH HAWKINS, a minor,

    Plaintiffs,

v.                                                  Civil Action No. 05-2570 BP

FEDERATED DEPARTMENT STORES,
INC., RICH'S DEPARTMENT STORES,
INC. d/b/a GOLDSMITH'S
DEPARTMENT STORE and KONE, INC.

    Defendants.

---

### ORDER GRANTING
### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY

---

This matter came on for hearing upon the motion of Defendants, FEDERATED DEPARTMENT STORES INC. and RICH'S DEPARTMENT STORES INC. for an extension of time to respond to the plaintiff's outstanding written discovery. The court finds that there is no opposition and that all parties are in agreement to said motion. It is therefore

**ORDERED** that the defendants, Federated Department Stores Inc. And Rich's Department Stores Inc. have until and including December 28, 2005 to respond or otherwise plead to the plaintiff's outstanding written discovery.

                                           JUDGE
                                           Dated: December 15, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02570 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Lacey L. Adair
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sean Antone Hunt
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Michael C. Patton
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT