IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| CYNTHIA and BRAD HAWKINS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. 05-2570-B/P |
| | ) | |
| FEDERATED DEPARTMENT STORES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING PARTIES TO ENGAGE IN MEDIATION

On December 19, 2005, the parties appeared before the court for a status conference. At the conference, the parties agreed that mediation is appropriate in this case. The parties are hereby ordered to engage in mediation on or before the close of discovery.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 20, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02570 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sean Antone Hunt
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Lacey L. Adair
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael C. Patton
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT